EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Assistant U. S. Attorney

OMER G. POIRIER
Assistant U. S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: omer.poirier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. **CR03-00109 DAE** |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | (18 U.S.C. § 922(g)(1); |
| | ) | 18 U.S.C. § 922(g)(3)) |
| WALLACE K.N. DEPONTE, | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

Count 1

The Grand Jury Charges:

On or about December 6, 2002, in the District of Hawaii, the defendant WALLACE K.N. DEPONTE, being a person who had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, that is: a Bryco .380 semi-automatic pistol.



SEALED
BY ORDER OF THE COURT

All in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

Count 2

The Grand Jury further charges:

On or about December 6, 2002, in the District of Hawaii, the defendant, WALLACE K.N. DEPONTE, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a firearm, that is: a Bryco .380 semi-automatic pistol.

All in violation of Title 18, United States Code, Sections 922(g)(3).

DATED: 6 March 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney

RONALD G. JOHNSON
Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney

*USA v. Deponte;*
"Indictment"